22 So.2d 100

**JACKSON v. STATE.**

4 Div. 368.

Supreme Court of Alabama.

May 10, 1945.

———◆———

O. S. Lewis and J. N. Mullins, both of Dothan, for petitioner.

Wm. N. McQueen, Acting Atty. Gen., and Chas. M. Cooper, Asst. Atty. Gen., opposed.

BROWN, Justice.

The Court of Appeals, without making a detailed finding of fact, finds as a fact that the evidence presented a case for jury decision. The writ of certiorari is, therefore, denied. Postal Telegraph-Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

Writ denied.

GARDNER, C. J., and LIVINGSTON and SIMPSON, JJ., concur.